# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Geddes S. Gibbs and Alfred McZeal, Jr.,** | : | Case No. 3:23-cv-1393 |
| | : | (JUDGE MANNION) |
| **Appellants,** | : | |
| v. | : | |
| | : | |
| **Goddard Riverside Community Center, Roderick L. Jones, Merrill T. Dobson, Andrea Cain Lawson, Christopher Auguste, Nancy Rochford, Marcia Bystryn, and Howard Stein,** | : : : | |
| **Appellees.** | : | |

## ORDER

In accordance with the memorandum filed the same day, Appellants' appeal of the bankruptcy court's denial of their objection and *ex parte* motion to strike Appellees' motion for sanctions and motion to dismiss their adversary complaint is **DISMISSED** for failure to prosecute.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: February 12, 2024

23-1393-01 Order